UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Restrepo,

                                Petitioner,

-against-

Acting Field Office Director of New York
Immigration and Customs Enforcement,

                                Respondent.

26-cv-6910 (ALC)

ORDER

Andrew L. Carter, Jr., United States District Judge:

By August 17, 2026 at 12 pm, the Government is ORDERED to provide documentation of the timeline of events from when Petitioner was initially detained in Queens to his eventual transfer to Delaney Hall.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued at the following email address: jeffrey.oestericher@usdoj.gov.

The Court directs the Clerk of Court to mail a copy of this order to Petitioner at the address listed on the docket sheet for this action.

SO ORDERED.

Dated:    August 14, 2026
          New York, New York

                                                Andrew L. Carter, Jr.
                                                United States District Judge

1