UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Restrepo,

Petitioner,

-against-

Acting Field Office Director of New York Immigration and Customs Enforcement,

Respondent.

26-cv-6910 (ALC)

ORDER

Andrew L. Carter, Jr., United States District Judge:

By end of day on August 19, 2026, Petitioner is ORDERED to respond to the Government's letters filed on August 17, 2026 (ECF No. 7) and August 18, 2026 (ECF No. 8) regarding the proper venue.

SO ORDERED.

Dated: August 19, 2026
New York, New York

Andrew L. Carter, Jr.
United States District Judge